IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NICOLE HINTON**   **PLAINTIFF**

v.   **CIVIL ACTION NO. 1:25-cv-100-TBM-RPM**

**LEAKSVILLE REHABILITION AND NURSING CENTER; CORPORATE MANAGEMENT, INC.;** *and* **BETH GRUZINSKAS**   **DEFENDANTS**

## ORDER

This matter came before the Court on Defendants Leakesville Rehabilitation and Nursing Center, Corporate Management, Inc., and Beth Gruzinskas' Motion to Dismiss [8]. At the hearing conducted on October 7, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

For all of the reasons stated at the hearing:

IT IS ORDERED AND ADJUDGED that Defendants Leakesville Rehabilitation and Nursing Center, Corporate Management, Inc., and Beth Gruzinskas' Motion to Dismiss [8] is GRANTED IN PART and DENIED IN PART.

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss [8] is GRANTED as to Nicole Hinton's retaliation claim, which is DISMISSED WITH PREJUDICE.

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss [8] is DENIED as to the associational discrimination and tortious interference claims.

This, the 7th day of October, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE