**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**NICOLE HINTON**                                                                 **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:25-cv-100-TBM-RPM**

**LEAKESVILLE REHABILITATION**
**AND NURSING CENTER,**
**CORPORATE MANAGEMENT, INC.**
*and* **BETH GRUZINSKAS**                                       **DEFENDANTS**

**ORDER**

This matter came before the Court on Defendants' Motion for Summary Judgment [51], Defendants' Motion to Strike Statement of Ava Shaw [58], Defendants' Supplement [61] to its Motion to Strike, Plaintiff's Motion for Permission to Submit Response [65], Defendants' Motion in Limine [69] to preclude reference to and/or proof of the judgment in *United States ex rel Aldridge v. Corporate Management*, and Defendants' Motion in Limine [71] to preclude proof of damages at trial. At the hearing conducted on August 11, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Defendants' Motion for Summary Judgment [51] is GRANTED as to Plaintiff's claims for tortious interference with a business relationship, intentional infliction of emotional distress, and negligent infliction of emotional distress and DENIED as to Plaintiff's associational discrimination claim.

IT IS FURTHER ORDERED that Defendants' Motion to Strike Statement of Ava Shaw [58] is DENIED. The Defendant will be given the opportunity to depose Ava Shaw before trial.

IT IS FURTHER ORDERED that Defendants' Supplement [61] to its Motion to Strike is MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion for Permission to Submit Response [65] is MOOT.

IT IS FURTHER ORDERED that Defendants' Motion in Limine [69] to preclude reference to and/or proof of the judgment in *United States ex rel Aldridge v. Corporate Management* is TAKEN UNDER ADVISEMENT.

IT IS FURTHER ORDERED that Defendants' Motion in Limine [71] to preclude proof of damages at trial is DENIED.

This, the 12th day of August, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

2