**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**NICOLE HINTON** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:25-cv-100-TBM-RPM**

**LEAKESVILLE REHABILITATION AND NURSING CENTER, *and* CORPORATE MANAGEMENT, INC.** **DEFENDANTS**

**FINAL JUDGMENT**

Plaintiff Nicole Hinton's claim against Defendant Leakesville Rehabilitation and Nursing Center and Defendant Corporate Management Inc. was tried before this Court and a jury beginning on the 14th day of September 2026 and concluding on the 16th day of September 2026. The Honorable Taylor B. McNeel, United States District Judge, presided. The issues were tried, and the jury retired to consider the verdict after having heard all the evidence, the counsels' argument, and this Court's instructions. In open court, the jury returned a unanimous verdict in accord with their oaths.

The jury awarded Nicole Hinton $125,000.00 in emotional distress damages, and $61,007.60 in backpay. The jury found that a punitive damages award was appropriate against both Defendants, awarding $50,000.00 in punitive damages to be assessed against Defendant Leakesville Rehabilitation and Nursing Center, and $200,000.00 in punitive damages to be assessed against Defendant Corporate Management Inc. The parties are in agreement that Defendants are entitled to a reduction of damages pursuant to the limitations on emotional distress and punitive damages that apply to Americans with Disabilities Act claims. *See* 42 U.S.C. § 1981a(b)(3).

Therefore, in accordance with the jury's unanimous verdict and the agreement amongst the parties that the damage limitations provided in 42 U.S.C. § 1981a(b)(3)(A) apply to the judgment rendered against Defendants,

IT IS ORDERED that, Plaintiff Nicole Hinton is awarded a judgment against Defendants Leakesville Rehabilitation and Nursing Center, and Corporate Management Inc. in the amount of $161,007.60, plus pre-judgment interest for backpay ($61,007.60) from the date Plaintiff first requested prejudgment interest (March 31, 2025) to the date of entry of this Final Judgment, and post-judgment interest on the entire award ($161,007.60) from the date of entry of this Final Judgment until paid in full. Both pre-judgment and post-judgment interest will be assessed at the current prescribed federal rate pursuant to 28 U.S.C. § 1961.

This, the 18th day of September 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**